

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2015

No. 04-15-00353-CV

**IN THE MATTER OF W.E.L.**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 1992JUV01331
Honorable Andy Mireles, Judge Presiding

**ORDER**

      In accordance with this court's opinion issued this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs shall be assessed against appellant, in relation to this appeal, because he qualifies as an indigent under Texas Rule of Appellate Procedure 20.1.

      It is so **ORDERED** on July 1, 2015.

_____
Jason Pulliam, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2015.

_____
Keith E. Hottle, Clerk